In re Charlet, Miriam S.; Orleans Parish School Bd.; Louisiana Schoolchildren; Calca *183 sieu Parish Sch. Bd.; Cameron Parish ch. Bd.; East Baton Rouge Par. Sch. Bd.; Iberville Parish Sch. Bd.; Jefferson Parish Sch. Bd.; Plaquemines Parish Sch. Bd.; Pointe Coupee Par. Sch. Bd.; St. Charles Par. Sch. Bd.; St. James Parish Sch. Bd.; West Baton Rouge Par. Sch. Bd.; West Feliciana Par. Sch. Bd.; — Plaintiffs); applying for supervisory and/or remedial writ; Parish of East Baton Rouge, 19th Judicial District Court, Div. “D”, Nos. 379,560, 379,562; to the Court of Appeal, First Circuit, No. CW97 0212.
Granted. Case remanded to the court of appeal for briefing, argument and opinion.
CALOGERO, C.J., would grant and docket.
VICTORY, J., not on panel.